## UNITED STATES of America, Plaintiff–Appellee,

v.

## Benjamin Delano KIRBY, Jr., Defendant–Appellant.

### No. 02–4798.

United States Court of Appeals, Fourth Circuit.

Submitted March 13, 2003.

Decided March 26, 2003.

Edward Smith, Jr., Smith & Garrett, P.A., Baltimore, Maryland, for Appellant. Thomas M. DiBiagio, United States Attorney, Harvey E. Eisenberg, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before WIDENER, LUTTIG, and MICHAEL, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Benjamin Kirby appeals his conviction and 188–month sentence imposed by the district court following his guilty plea to possession with intent to distribute crack cocaine, in violation of 21 U.S.C. § 841(a)(1) (2000). Because we conclude that Kirby's waiver of his appellate rights was knowing and voluntary, we dismiss his appeal. *See United States v. Attar*, 38 F.3d 727, 731 (4th Cir.1994). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*